UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Transform Holdco LLC,

        Appellant(s),

  -against-                            21 Civ. 5782 (CM) (PED)

Sears Holdings Corporation,

        Appellee(s),

------------------------------------------------------------x

## ORDER

McMahon, J.:

      The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief is due August 17, 2021; Appellees' opposition brief is due September 28, 2021; Appellant's reply brief is due October 18, 2021.

                                                         SO ORDERED:

                                                      United States District Judge

Dated: July 13, 2021
New York, New York