UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

SEARS HOLDINGS CORPORATION, et al.,

                  Debtors.
------------------------------------------------------------X
TRANSFORM HOLDCO LLC,

                  Appellant,                  21 **CIVIL** 5782 (VB)

     -against-                               **JUDGMENT**

SEARS HOLDINGS CORPORATION, et al.,

                  Appellees.
------------------------------------------------------------X

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 6, 2022, the bankruptcy court's Order of June 15, 2021, is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
          May 6, 2022

                                                      **RUBY J. KRAJICK**

                                                      Clerk of Court
                                      BY:
                                                      **Deputy Clerk**